

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RONALD LAWRENCE, JR., | § | No. 08-16-00013-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 1 |
| FEDERAL HOME LOAN | § | of Hays County, Texas |
| MORTGAGE CORPORATION, | § | (TC# 15-0515-C) |
| Appellee. | § | |

## <u>MEMORANDUM OPINION</u>

Pending before the Court is Ronald Lawrence, Jr.'s motion to dismiss his appeal. *See* TEX.R.APP.P. 42.1(a)(1). We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d).

STEVEN L. HUGHES, Justice

May 25, 2016

Before McClure, C.J., Rodriguez, and Hughes, JJ.